# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144873

PATRICK ROBERTS, Personal Representative of
the Estate of EDILEE KAIL ROBERTS, Deceased,
          Plaintiff-Appellee,

v

HERBERT LEROY COOLEY and MICHAEL
D. QUINN,
          Defendants-Appellees,

and

DELORES MAY QUINN,
          Defendant-Appellant,

and

TRAVIS JAMES ADAMS and ARTHUR SCOTT
ADAMS, JR.,
          Defendants.

SC:  144873
COA:  299985
Newaygo CC:  09-019464-NI

_____/

      On order of the Court, the application for leave to appeal the December 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

s0618